UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   DARRYL FRANCHOT TAYLOR           §         Case No.: 11-24057
         ANGELA ROBERSON TAYLOR           §
                                          §
                                          §
         Debtor(s)                        §
----------------------------------------------------------------------

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/07/2011.

2) This case was confirmed on 07/28/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/12/2011.

5) The case was converted on 11/30/2011.

6) Number of months from filing to the last payment: 3

7) Number of months case was pending: 6

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   89,450.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 2,325.00 |
| Less amount refunded to debtor | $ 566.12 |
| **NET RECEIPTS** | $ 1,758.88 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 480.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 20.13 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 500.13 |
| Attorney fees paid and disclosed by debtor | $ 3,020.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ROUNDUP FUNDING LLC | UNSECURED | NA | 2,494.67 | 2,494.67 | 54.09 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 2,406.54 | 2,406.54 | 52.18 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1,270.00 | 1,269.04 | 1,269.04 | 27.51 | .00 |
| DELL FINANCIAL SERVI | SECURED | 1,200.00 | .00 | .00 | .00 | .00 |
| DELL FINANCIAL SERVI | UNSECURED | 900.00 | 1,105.34 | 1,105.34 | 94.40 | .00 |
| HSBC/SCUSA | SECURED | 2,350.00 | .00 | .00 | .00 | .00 |
| HSBC/SCUSA | UNSECURED | 2,358.00 | NA | NA | .00 | .00 |
| WELLS FARGO | SECURED | 1,250.00 | 2,067.07 | .00 | .00 | .00 |
| WELLS FARGO | UNSECURED | 3,440.00 | NA | NA | .00 | .00 |
| WELLS FARGO BANK NA | SECURED | 166,000.00 | 267,852.81 | .00 | .00 | .00 |
| WELLS FARGO BANK NA | UNSECURED | 114,984.00 | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIA | SECURED | 7,540.00 | 1,682.70 | .00 | .00 | .00 |
| WELLS FARGO FINANCIA | UNSECURED | 2,288.00 | NA | NA | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | 1,200.00 | NA | NA | .00 | .00 |
| BARCLAYS BANK DELAWA | OTHER | NA | NA | NA | .00 | .00 |
| BATON ROUGE GENERAL | UNSECURED | 750.00 | 750.00 | 750.00 | 16.26 | .00 |
| BATON ROUGE GENERAL | OTHER | .00 | NA | NA | .00 | .00 |
| BROADVIEW SECURITY | UNSECURED | 240.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,200.00 | 1,204.79 | 1,204.79 | 26.12 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,011.00 | 424.33 | 424.33 | .00 | .00 |
| CITY OF WAUKEGAN | UNSECURED | 140.00 | NA | NA | .00 | .00 |
| CITY OF WAUKEEGAN | OTHER | .00 | NA | NA | .00 | .00 |
| RECEIVABLE MGMT | UNSECURED | 182.00 | 546.75 | 546.75 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITY OF ZION | OTHER | .00 | NA | NA | .00 | .00 |
| EQUABLE ASCENT FINAN | UNSECURED | 600.00 | 637.31 | 637.31 | .00 | .00 |
| EQUABLE ASCENT FINAN | UNSECURED | 1,700.00 | 1,567.36 | 1,567.36 | 35.14 | .00 |
| DIRECT CHARGE | UNSECURED | 160.00 | 164.47 | 164.47 | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 2,500.00 | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 2,400.00 | NA | NA | .00 | .00 |
| EQUIFAX | OTHER | .00 | NA | NA | .00 | .00 |
| EXPERIAN | OTHER | .00 | NA | NA | .00 | .00 |
| FINGERHUT | UNSECURED | 930.00 | NA | NA | .00 | .00 |
| QUANTUM3 GROUP LLC | UNSECURED | 1,634.00 | 1,778.39 | 1,778.39 | 37.29 | .00 |
| GINNYS | UNSECURED | 950.00 | 960.93 | 960.93 | 20.84 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 674.00 | 674.86 | 674.86 | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 948.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,200.00 | 2,189.33 | 2,189.33 | 47.47 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,425.00 | 1,422.83 | 1,422.83 | 30.85 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,144.00 | 1,143.67 | 1,143.67 | 24.80 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,152.00 | 2,216.17 | 2,216.17 | 48.05 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 3,100.00 | 3,098.84 | 3,098.84 | 67.19 | .00 |
| HSBC BANK | UNSECURED | 925.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 1,000.00 | 174.58 | 174.58 | .00 | .00 |
| JUNIPER BANK | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| MERRICK BANK | UNSECURED | 1,349.00 | 1,349.47 | 1,349.47 | 29.26 | .00 |
| MERRICK BANK | UNSECURED | 862.00 | 862.32 | 862.32 | 18.70 | .00 |
| MIDNIGHT VELVET | UNSECURED | 425.00 | 422.30 | 422.30 | .00 | .00 |
| PLS FINANCIAL SVCS I | OTHER | .00 | NA | NA | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 420.00 | 422.66 | 422.66 | .00 | .00 |
| SHORT TERM LOANS LLC | UNSECURED | 1,716.00 | NA | NA | .00 | .00 |
| SHORT TERM LOANS | UNSECURED | 1,498.00 | 1,370.65 | 1,370.65 | 29.72 | .00 |
| ST LUKES EPISCOPAL H | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| ST LUKES EPISCOPAL H | OTHER | .00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 1,972.00 | NA | NA | .00 | .00 |
| TRANS UNION | OTHER | .00 | NA | NA | .00 | .00 |
| TRUGREEN HKHL | UNSECURED | 36.00 | NA | NA | .00 | .00 |
| TRUGREEN HKHL | OTHER | .00 | NA | NA | .00 | .00 |
| WALMART | OTHER | .00 | NA | NA | .00 | .00 |
| CYNTHIA DAVIS | OTHER | .00 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | NA | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | NA | 504.82 | 504.82 | 504.82 | .00 |
| WELLS FARGO BANK | OTHER | NA | NA | NA | .00 | .00 |
| WELLS FARGO BANK NA | SECURED | NA | 10,702.68 | .00 | .00 | .00 |
| WELLS FARGO BANK NA | UNSECURED | NA | .00 | .00 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | NA | 93.02 | 93.02 | .00 | .00 |
| AMERICAN EXPRESS TRA | UNSECURED | NA | 7,284.59 | 7,284.59 | 94.06 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
| QUANTUM3 GROUP LLC | UNSECURED | NA | 606.68 | 606.68 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 504.82 | 504.82 | .00 |
| **TOTAL PRIORITY:** | 504.82 | 504.82 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 38,641.89 | 753.93 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 500.13 |
| Disbursements to Creditors | $ | 1,258.75 |
| **TOTAL DISBURSEMENTS:** | $ | 1,758.88 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   12/21/2011               /s/ Tom Vaughn
                                  Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**